I IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| **CRAE R. PEASE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | **Case No. 1:11-cv-00211** |
| **BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP, FEDERAL NATIONAL MORTGAGE ASSOCIATION, MERS, WENDY ALEXANDER and STEPHEN C. PORTER,** | § § § § § § § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rules of Civil Procedure 7.1, Defendants BAC Home Loans Servicing, LP, Federal National Mortgage Association and Mortgage Electronic Registration Systems, Inc. (incorrectly named MERS) provide the following certificate of interested persons:

|   | PARTIES TO SUIT | AFFILIATION OF PARTY WITH SUIT | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|---|
| 1. | Crae R. Pease | Plaintiff | None known. |
| 2. | BAC Home Loans Servicing, LP | Defendant | BAC Home Loans Servicing, LP, is a limited partnership owned by BANA LP, LLC and BAC GP, LLC who are both wholly owned subsidiaries of Bank of America, N.A.  Bank of America, N.A. is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company.  BAC North America Holding Company is 100% owned by NB Holdings Corp., who is in turn 100% owned by Bank of America Corp., whose shares are publicly traded. No public company has an ownership interest of 10% or more in Bank of America, N.A.  Bank of America Corp. does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation. |
| 3. | Federal National Mortgage Association | Defendant | None known. |
| 4. | Mortgage Electronic Registration Systems, Inc. | Defendant | MERS, Inc. is owned entirely by MERSCORP, Inc., a Delaware corporation. |
| 5. | Wendy Alexander | Defendant | None known. |
| 6. | Stephen C. Porter | Defendant | None known. |

Date: March 18, 2011                                  Respectfully submitted,

                                                           */s/ D. Stewart Clancy*
                                                      C. Charles Townsend, SBN:  24028053
                                                      D. Stewart Clancy, SBN:  24027926
                                                      Joshua J. Bennett, SBN: 24059444
                                                      AKERMAN SENTERFITT, LLP
                                                      Plaza of the Americas, Suite S1900
                                                      600 North Pearl Street
                                                      Dallas, Texas 75201
                                                      Telephone: 214.720.4300
                                                      Facsimile:  214.981.9339

                                                      **ATTORNEYS FOR DEFENDANTS**
                                                      **BAC HOME LOANS SERVICING, LP,**
                                                      **FEDERAL NATIONAL MORTGAGE**
                                                      **ASSOCIATION and MORTGAGE**
                                                      **ELECTRONIC REGISTRATION**
                                                      **SYSTEMS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2011, a true and correct copy of the foregoing was served via certified mail, return receipt requested, as follows:

Crae R. Pease
10820 Gerald Loop
Austin, Texas 78748
*Pro Se Plaintiff*

Wendy Alexander
c/o Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Blvd., Suite 100
Addison, Texas  75001
*Defendant*

Stephen C. Porter
c/o Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Blvd., Suite 100
Addison, Texas  75001
*Defendant*

                                                           */s/  D. Stewart Clancy*
                                                      D. Stewart Clancy