**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

2011 MAR 22  PM 2: 48

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                    DEPUTY

CRAE R. PEASE,

                **Plaintiff,**

-vs-                                      **Case No.  A-11-CA-211-SS**

**BAC HOME LOANS SERVICING, LP;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; MERS; WENDY ALEXANDER;
and STEPHEN C. PORTER,**

                **Defendants.**

## O R D E R

      BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the defendants made an appearance in the case, the Court enters the following order:

      IT IS ORDERED that the parties confer and submit a proposed scheduling order for the Court's consideration by **May 17, 2011,** pursuant to Local Rule CV-16(c).  A form of scheduling order is available at www.txwd.uscourts.gov/rules/stdord/Austin/sched-ss.pdf. Failure to do so may result in the Court's entering its own scheduling order with expedited deadlines.

      IT IS FURTHER ORDERED that the parties shall, as soon as practicable and in any event at least 21 days before the scheduling order is due, confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Civ. P. 26 (a)(1), and to develop a proposed discovery plan.  The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the

proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan.  Fed.R.Civ.P. 26(f).

SIGNED this the 22nd day of March 2011.

_____
UNITED STATES DISTRICT JUDGE